# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# HATTIESBURG DIVISION

**ALBERT JONES**                                                                                    **PLAINTIFF**

**VS.**                                                               **CIVIL ACTION NO. 2:08-cv-179-KS-MTP**

**RONALD KING**                                                                                   **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

This cause came on this date to be heard upon the Report and Recommendations [Doc. # 12] of the United States Magistrate Judge entered herein on October 13, 2010, after referral of hearing by this Court, no objections having been filed as to the Report and Recommendation, and the Court, having fully reviewed the same as well as the record in this matter, and being duly advised in the premises, finds that said Report and Recommendations should be adopted as the opinion of this Court.

IT IS THEREFORE, ORDERED that the Report and Recommendations be, and the same is, hereby adopted as the finding of this Court, and the Complaint is hereby dismissed with prejudice.  A separate judgment will be entered herein in accordance with this Order as required by Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this the 24th day of November, 2010.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE